In re Jamal A. AZEEZ, Petitioner.

No. 02–7484.

United States Court of Appeals,
Fourth Circuit.

Submitted April 10, 2003.

Decided May 1, 2003.

Jamal A. Azeez, Petitioner Pro Se.

Before NIEMEYER and MICHAEL,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Petition denied by unpublished PER
CURIAM opinion.

PER CURIAM.

Jamal A. Azeez petitions for a writ of
mandamus, alleging the district court has
unduly delayed acting on his 28 U.S.C.
§ 2254 (2000) petition. He seeks an order
from this court directing the district court
to act. The district court has recently
entered an order ruling on Azeez's pending
motions, appointing counsel, and schedul-
ing an evidentiary hearing on the issues
raised in his § 2254 petition. Accordingly,
because the district court has recently tak-

en significant action in Azeez's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We deny Azeez's motions for summary judgment by default and to submit evidence in support of the district court's alleged neglect. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*